ACCEPTED
06-15-00080-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/28/2015 8:12:51 AM
DEBBIE AUTREY
CLERK

## #06-15-00080-CV

IN THE COURT OF APPEALS
SIXTH JUDICIAL DISTRICT OF TEXAS
TEXARKANA TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/28/2015 8:12:51 AM

DEBBIE AUTREY
Clerk

**JOHN W BOWERS (APPELLANT)**

**v**

**BANK OF AMERICA NA AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP f/k/a COUNTRYWIDE HOME LOANS SERVICING LP (APPELLEE)**

---

**Appeal from the rotating Court of Travis County: 250th Judicial District Court Travis County Texas; Trial Court Case #D-1-GN-12-002006: Honorable Karin Crump, Presiding; *NOT* Stephen Yelenosky**

---

### APPELLANT's DOCKETING STATEMENT

**TO THE HONORABLE COURT OF APPEALS:**

Comes now Appellant, John W Bowers, who files the above:

1      32.1(a)(1)

John W Bowers is the appellant who is represented & whose contact information is shown below.

2      32.1(c)

The Trial Court information is shown above; the date of the judgment/order appealed is August 12, 2015 – the denial of the Motion for New Trial which was *NOT* overruled by operation of Law.

3      32.1(d)

The date of the filing of the Motion for New Trial was May 29, 2015.

---

2015 #523                                                                 Page      1

**4      32.1(e)**

Appellees have been represented by various attorneys: the most current of which is: Mark D Cronenwett, [mcronenwett@mzwlaw.com](mailto:mcronenwett@mzwlaw.com), Mackie Wolf Zietntz & Mann PC, 14160 N Dallas Pwky #900, Dallas Texas 75254, (214) 635-2670 – phone, (214) 635-2686 – fax.

Comment [RK]:

**5      32.1(f)**

The general nature of the case is breach of contract, fraud & deceptive trade practices!

**6      32.1(g)**

This is not a priority appeal. *A CLERK's RECERD REQUEST HAS ALREADY BEEN FILED THIS MORNING BUT THE PAYMENT OF THEIR FEE HAS YET TO BE DETERMINED AS THE AMOUNT IS UNKNOWN?*

**7      32.1(h)**

No court reporter's record will be requested.

**8      32.1(l)**

No supersedeas bond has been filed.

**9      32.1(m)**

Additional information:  Thank you for altering the undersigned as to procedural irregularities – hopefully this docketing statement is sufficient

WHEREFORE the undersigned prays that this is sufficient.

Respectfully submitted,

Robert Stuart Koelsch
State Bar No 11652020

PO BOX 4790
Lago Vista, Texas 78645-0008
(713) 882-7259 – Phone
(877) 216-5373 – Fax
rkoelsch2013@yahoo.com
Authorized Lawyer

## CERTIFICATE OF SERVICE AND CONFERENCE

I certify that a true & correct copy of the foregoing has been served in compliance with TRCP upon the other side(s) on or near the file stamp date, without further consultation.

Robert Stuart Koelsch